UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTARIAN PARTY OF ERIE COUNTY, MICHAEL KUZMA, RICHARD COOPER, GINNY ROBER, PHILIP M. MAYOR, MICHAEL REBMANN, EDWARD L. GARRETT, and DAVID MONGIELO,<br><br>                     Plaintiffs,<br><br>   - against -<br><br>ANDREW M. CUOMO, as Governor of the State of New York; ERIC T. SCHNEIDERMAN, as Attorney General of the State of New York; and JOSEPH A. D'AMICO, as Superintendent of the New York State Police,<br><br>                     Defendants. | **NOTICE OF APPEARANCE**<br><br>15-cv-00654-FPG |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for defendant Eric T. Schneiderman, as Attorney General of the State of New York, and that his address and telephone number are set forth below. This appearance is without prejudice to defendant's ability to assert any and all applicable defenses in this action.

Dated: New York, New York
       August 6, 2015

                                        ERIC T. SCHNEIDERMAN
                                        Attorney General of the State of New York

                                        By:
                                         /s/William J. Taylor, Jr.
                                        WILLIAM J. TAYLOR, JR.
                                         Assistant Attorney General
                                        120 Broadway, 24th Floor
                                        New York, New York 10271
                                        (212) 416-8426
                                        william.taylor@ag.ny.gov

To:   James Ostrowski, Esq.
      63 Newport Avenue
      Buffalo, New York 14216
      (716) 435-8918
      jameso@apollo3.com
      *Attorney for Plaintiffs*
      (**Via E.C.F.**)