

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
Attorney General

Writer's Direct Dial: (212) 416-8426

KENT T. STAUFFER
Executive Deputy Attorney General
Division of State Counsel

LISA R. DELL
Assistant Attorney General in Charge
Litigation Bureau

November 4, 2015

**Via Facsimile**

The Honorable Frank P. Geraci, Jr.
Chief United States District Judge
Western District of New York
U.S. Courthouse
100 State Street
Rochester, New York 14614

RE: **Libertarian Party of Erie County et al. v. Cuomo et al., 15-cv-00654 (FPG)**

Your Honor:

I am an Assistant Attorney General in the Office of Eric T. Schneiderman, Attorney General of the State of New York (the "Attorney General"). This Office represents the Attorney General, who has been named as a defendant in his official capacity, in the above-referenced action, which raises Second and Fourteenth Amendment challenges to New York's firearms licensing statutes.

Two days from now, on Friday, November 6, 2015, the Attorney General intends to submit a motion to dismiss the complaint in this action. I write to respectfully request that the Court grant that Attorney General permission to file a 35-page brief in support of that motion. Plaintiffs' counsel, James Ostrowski, has consented to this request. If the Court would prefer, the Attorney General can also supplement this letter with a formal motion.

Thank you for your time and consideration of this request.

Respectfully submitted,

William J. Taylor, Jr.
Assistant Attorney General

Hon. Frank P. Geraci, Jr., Chief U.S.D.J.
November 4, 2015
Page 2

cc:   James Ostrowski, Esq., *Attorney for Plaintiffs*
      *(via e-mail and U.S. Mail)*

SO ORDERED THIS 5th DAY OF Nov 20 15

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge