AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York ▼

| | |
|---|---|
| LIBERTARIAN PARTY OF ERIE COUNTY, MICHAEL KUZMA, RICHARD COOPER, GINNY ROBER, PHILIP M. MAYOR, MICHAEL REBMANN, EDWARD L. GARRETT <br><br> *Plaintiff(s)* <br> v. <br> ANDREW M. CUOMO, as Governor, ERIC T. SCHEIDERMAN, as Attorney General JOSEPH A. D'AMICO, as Superintendent <br><br> *Defendant(s)* | Civil Action No. 15 CV 654 -G |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JOSEPH A. D'AMICO
1220 Washington Ave.
Building 22
Albany, New York 12226-2252

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES OSTROWSKI
Attorney for Plaintiffs
63 Newport Ave.
Buffalo, New York 14216
(716) 435-8918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 21 2015   *Michael J. Roemer*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jeffrey Young__
was received by me on *(date)* __11-11-15__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Maribeth Vellozzi__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__Joseph A. D'Amico As Superintendent__ on *(date)* __11-12-15__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/16/15__

_Jeffrey Young_
Server's signature

__Jeffrey Young__
Printed name and title

299 Hamilton St
Albany NY 12209
Server's address

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*91055*

Index no : 15 CV 654-G
Date Filed: 07/21/2015

| Plaintiff(s): | LIBERTARIAN PARTY OF ERIE COUNTY, MICHAEL KUZMA, RICHARD COOPER, GINNY ROBER, PHILIP M. MAYOR, MICHAEL REBMANN, EDWARD L. GARRETT |
|---|---|
| Defendant(s): | ANDREW M. CUOMO, AS GOVERNOR, ET AL |

STATE OF NEW YORK
COUNTY OF ALBANY    ss.:

**Jeffrey Young**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **11/12/2015** at **12:52 PM**, I served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **JOSEPH A. D'AMICO, AS SUPERINTENDENT** at **1220 Washington Avenue, Bldg. 22, Albany, NY 12226** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **MARIBETH VELLOZZI, SECRETARY TO COUNSELS OFFICE** of **JOSEPH A. D'AMICO, AS SUPERINTENDENT**, a person of suitable age and discretion. Said premises is **Defendant's** usual place of business within the state.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Black | 56 | 5Ft7In | 140 lbs |
| Other Features: Glasses | | | | | |

I asked the person spoken to whether **Defendant** was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on 11/16/15

_____
Notary Public

X _____
Jeffrey Young
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049

[ ] Daniel OLeary
Notary Public, State of NY
No. 01OL6293343
Qualified in Schenectady County
Commission Expires 12/9/2017

[✓] Sherie A. Searles
Notary Public, State of NY
No. 01SE6179623
Qualified in Albany County
Commission expires 12/17/15

[ ] Kerry Gunner
Notary Public, State of NY
No. 01GU5038710
Qualified in Albany County
Commission expires 02/06/19