# James Ostrowski
Attorney at Law

63 Newport Ave.  
Buffalo, New York 14216

(716) 435-8918  
jameso@apollo3.com

November 18, 2015

Hon. Frank P. Geraci, Jr.  
Chief Judge  
United States District Court  
100 State St.  
Rochester, N.Y. 14614

By Fax No. (585) 613-4095

*UNITED STATES DISTRICT COURT FILED NOV 19 2015 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY*

Re: **Libertarian Party v. Cuomo**  
15-CV-654(FPG)

Dear Judge Geraci:

The defendant Eric T. Schneiderman's motion to dismiss is pending and the plaintiffs' time to answer will expire on November 20, 2015. Counsel for the defendants, Mr. Taylor, informs me that he expects to file a similar motion on or before December 3rd on behalf of the other two defendants who were recently served.

For the sake of judicial economy and to allow the parties adequate time to brief the numerous issues presented, the parties have agreed on a proposed briefing schedule subject to the Court's approval.

The defendants will file additional motions to dismiss on or before December 3rd.

The plaintiffs' time to respond to all pending motions, including by amending the complaint as of right, will be extended to December 23rd.

The defendant will have until January 13, 2016 to file a reply.

I respectfully ask the Court to approve the above schedule on consent of all parties.

Thank you.

Sincerely,  
James Ostrowski

SO ORDERED THIS 19th DAY OF Nov 20 15  
HON. FRANK P. GERACI, JR.  
Chief U.S. District Judge

Cc: William J. Taylor, Jr., Esq.  
Via William.Taylor@ag.ny.gov