UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTARIAN PARTY OF ERIE COUNTY, MICHAEL KUZMA, RICHARD COOPER, GINNY ROBER, PHILIP M. MAYOR, MICHAEL REBMANN, EDWARD L. GARRETT, and DAVID MONGIELO,<br><br>                              Plaintiffs,<br><br>   - against -<br><br>ANDREW M. CUOMO, as Governor of the State of New York; ERIC T. SCHNEIDERMAN, as Attorney General of the State of New York; and JOSEPH A. D'AMICO, as Superintendent of the New York State Police,<br><br>                              Defendants. | **NOTICE OF APPEARANCE**<br><br>15-cv-00654-FPG<br><br>**ORIGINAL FILED BY E.C.F.** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as an attorney of record, in addition to the appearance of Assistant Attorney General William J. Taylor, Jr. entered onto the docket at E.C.F. Doc. # 2, for defendants ERIC T. SCHNEIDERMAN, ANDREW M. CUOMO and JOSEPH A. D'AMICO.  From this day forward, a copy of all notices and other papers herein are to be served upon the undersigned at the address shown below.

Dated:    New York, New York
               December 3, 2015

                                        ERIC T. SCHNEIDERMAN
                                        Attorney General of the State of New York
                                        *Attorney for Defendants*
                                        By:
                                         /s/Monica Connell
                                        MONICA CONNELL
                                         Assistant Attorney General
                                        120 Broadway, 24th Floor
                                        New York, New York 10271
                                        (212) 416-8965
                                        MONICA.CONNELL@ag.ny.gov

TO:    James Ostrowski, Esq.
63 Newport Avenue
Buffalo, New York 14216
(716) 435-8918
jameso@apollo3.com
*Attorney for Plaintiffs*
(**Via E.C.F.**)