UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTARIAN PARTY OF ERIE COUNTY, MICHAEL KUZMA, RICHARD COOPER, GINNY ROBER, PHILIP M. MAYOR, MICHAEL REBMANN, EDWARD L. GARRETT, and DAVID MONGIELO,<br><br>                    Plaintiffs,<br><br>   - against -<br><br>ANDREW M. CUOMO, as Governor of the State of New York; ERIC T. SCHNEIDERMAN, as Attorney General of the State of New York; and JOSEPH A. D'AMICO, as Superintendent of the New York State Police,<br><br>                    Defendants. | **NOTICE OF APPEARANCE**<br><br>15-cv-00654-FPG |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for defendants Andrew M. Cuomo, as Governor of the State of New York, and Joseph A. D'Amico, as Superintendent of the New York State Police, and that his address and telephone number are set forth below. This appearance is without prejudice to defendants' ability to assert any and all applicable defenses in this action.

Dated: New York, New York
       December 3, 2015

                                        ERIC T. SCHNEIDERMAN
                                        Attorney General of the State of New York
                                        *Attorney for Defendants*

                                        By:
                                         /s/William J. Taylor, Jr.
                                        William J. Taylor, Jr.
                                        Assistant Attorney General
                                        120 Broadway, 24th Floor
                                        New York, New York 10271
                                        (212) 416-8426
                                        william.taylor@ag.ny.gov

To:    James Ostrowski, Esq.
        63 Newport Avenue
        Buffalo, New York 14216
        (716) 435-8918
        jameso@apollo3.com
        *Attorney for Plaintiffs*
        (**Via E.C.F.**)