UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTARIAN PARTY OF ERIE COUNTY, MICHAEL KUZMA, RICHARD COOPER, GINNY ROBER, PHILIP M. MAYOR, MICHAEL REBMANN, EDWARD L. GARRETT, DAVID MONGIELO, JOHN MURTARI, and WILLIAM A. CUTHBERT,<br><br>　　　　　　　　　Plaintiffs,<br><br>　- against -<br><br>ANDREW M. CUOMO, individually and as Governor of the State of New York; ERIC T. SCHNEIDERMAN, individually and as Attorney General of the State of New York; JOSEPH A. D'AMICO, individually and as Superintendent of the New York State Police; MATTHEW J. MURPHY, III, individually and as Niagara County pistol permit licensing officer; DENNIS M. KEHOE, individually and as Wayne County pistol permit licensing officer; and M. WILLIAM BOLLER, individually and as Erie County pistol permit licensing officer,<br><br>　　　　　　　　　Defendants. | **NOTICE OF APPEARANCE**<br><br>15-cv-00654-FPG |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for defendants the Honorable Matthew J. Murphy, III, Niagara County Court Judge, individually and in his official capacity as Niagara County pistol permit licensing officer; the Honorable Dennis M. Kehoe, Wayne County Judge and Acting New York State Supreme Court Justice, individually and in his official capacity as Wayne County pistol permit licensing officer; and the Honorable M. William Boller, Judge of the New York State Court of Claims and Acting New York State Supreme Court Justice, individually and in his official capacity as Erie County pistol permit licensing officer.  The undersigned also hereby confirms that he continues to appear as attorney of record for defendants Andrew M. Cuomo, Eric T. Schneiderman, and Joseph A. D'Amico, in both their official capacities

and with respect to the new individual-capacity claims now asserted against them in the Amended Complaint. This appearance is without prejudice to defendants' ability to assert any and all applicable defenses in this action.

Dated: New York, New York
      April 1, 2016

                                  ERIC T. SCHNEIDERMAN
                                  Attorney General of the State of New York
                                  *Attorney for Defendants*

By:
*/s/William J. Taylor, Jr.*
William J. Taylor, Jr.
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8426
william.taylor@ag.ny.gov

To:    James Ostrowski, Esq.
        63 Newport Avenue
        Buffalo, New York 14216
        (716) 435-8918
        jameso@apollo3.com
        *Attorney for Plaintiffs*
        (**Via E.C.F.**)