UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTARIAN PARTY OF ERIE COUNTY, MICHAEL KUZMA, RICHARD COOPER, GINNY ROBER, PHILIP M. MAYOR, MICHAEL REBMANN, EDWARD L. GARRETT, DAVID MONGIELO, JOHN MURTARI, and WILLIAM A. CUTHBERT,<br><br>                    Plaintiffs,<br><br>   - against -<br><br>ANDREW M. CUOMO, individually and as Governor of the State of New York; ERIC T. SCHNEIDERMAN, individually and as Attorney General of the State of New York; JOSEPH A. D'AMICO, individually and as Superintendent of the New York State Police; MATTHEW J. MURPHY, III, individually and as Niagara County pistol permit licensing officer; DENNIS M. KEHOE, individually and as Wayne County pistol permit licensing officer; and M. WILLIAM BOLLER, individually and as Erie County pistol permit licensing officer,<br><br>                    Defendants. | 15-cv-00654-FPG<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, dated April 29, 2016; the Declaration of William J. Taylor, Jr., dated April 29, 2016, and the exhibits thereto; and all other papers and proceedings herein, defendants Andrew M. Cuomo, Governor of the State of New York; Eric T. Schneiderman, Attorney General of the State of New York; Joseph A. D'Amico, Superintendent of the New York State Police; the Honorable Matthew J. Murphy III, Niagara County Court Judge; the Honorable Dennis M. Kehoe, Wayne County Judge and Acting New York State Supreme Court Justice; and the Honorable M. William Boller, Judge of the New York State Court of Claims and

Acting New York State Supreme Court Justice (collectively, the "Defendants") will move this Court at the United States Courthouse, 100 State Street, Rochester, New York, at a date and time to be scheduled by the Court, for an order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss plaintiffs' Amended Complaint, dated December 23, 2015, with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
April 29, 2016

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
*Attorney for Defendants*

By:
*/s/William J. Taylor, Jr.*
William J. Taylor, Jr.
Jonathan Conley
Assistant Attorneys General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8426
william.taylor@ag.ny.gov

To: James Ostrowski, Esq.
63 Newport Avenue
Buffalo, New York 14216
(716) 435-8918
jameso@apollo3.com
*Attorney for Plaintiffs*
(**Via E.C.F.**)