# EXHIBIT M

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 16-7067**　　　　　　　　　　　　　　　**September Term, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　1:15-cv-02234-RJL

**Filed On:** June 8, 2016

Matthew Grace and Pink Pistols,
　　　　Appellees

　　v.

District of Columbia and Cathy L. Lanier, in
her official capacity as Chief of Police for the
Metropolitan Police Department,
　　　　Appellants

　　　　**BEFORE:**　　Griffith, Srinivasan, and Millett, Circuit Judges

## O R D E R

　　Upon consideration of the emergency motion for stay pending appeal, the response thereto, and the reply, it is

　　**ORDERED** that the motion for stay be granted, the district court's order filed May 17, 2016, be stayed pending appeal, and the administrative stay entered May 27, 2016, be dissolved. Appellant has satisfied the stringent requirements for a stay pending appeal. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2016); see also Wrenn v. District of Columbia, No. 15-7057, D.C. Cir., June 29, 2015 Order (granting a stay in parallel circumstances). It is

　　**FURTHER ORDERED** that consideration of this appeal be expedited. The Clerk is directed to calendar this case for oral argument on the same date and before the same panel as Wrenn v. District of Columbia, No. 16-7025. The following briefing schedule will apply:

　　　　　　Appellants' Brief　　　　June 29, 2016

　　　　　　Appendix　　　　　　　　June 29, 2016

　　　　　　Appellees' Brief　　　　July 20, 2016

　　　　　　Reply Brief　　　　　　August 3, 2016

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-7067**                                                  **September Term, 2015**

The parties will be notified later of the oral argument date and composition of the merits panel.

All issues and arguments must be raised by appellants in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Internal Procedures 41 (2016); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

The parties are directed to hand-deliver the paper copies of their submissions to the court by the date due.  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

**By:**   /s/
Robert J. Cavello
Deputy Clerk